No. 39. C. W. BUSTER ET AL., APPELLANTS, *v.* J. GEORGE WRIGHT, UNITED STATES INDIAN INSPECTOR, ET AL.   Appeal

from the United States Circuit Court of Appeals for the Eighth Circuit. October 17, 1906. Dismissed with costs, pursuant to the tenth rule. *Mr. Wm. T. Hutchings* for appellants. *The Attorney General* for appellees.

